NO. SCWC-29725

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DAVID GARCIA, aka Howard Garcia,
Petitioner/Petitioner-Appellant

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(S.P.P. NO. 08-1-0012 (CR. NO. 96-1330))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Acoba, J., for the court[1])

Petitioner/Petitioner-Appellant David Garcia's application for writ of certiorari, filed on October 27, 2010, is accepted.

DATED:  Honolulu, Hawaiʻi, November 23, 2010.

FOR THE COURT:

/s/  Simeon R. Acoba, Jr.

SIMEON R. ACOBA, JR.
Associate Justice



Glenn D. Choy, on the
application for
petitioner/petitioner-appellant.

---

[1]  Considered by Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ., and Circuit Judge Nacino, assigned by reason of a vacancy.